**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **LOUIS CONWAY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **versus** | § | **CIVIL ACTION NO. 1:26-CV-00382-MAC-CLS** |
| | § | |
| **JASMINE LeCOUNT McCLANAHAN, ET AL,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pursuant to the applicable laws and orders of this court, this action was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On September 29, 2026, Judge Stetson issued a Report and Recommendation (#5) advising the court to dismiss this case under Federal Rule of Civil Procedure 41(b) because Plaintiff, a *pro se* litigant, has failed to prosecute this case by providing an incorrect mailing address to the clerk of court. To date, no objections were filed.

Accordingly, the court received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. Therefore, the Report and

Recommendation (#5) is **ADOPTED** and Plaintiff's claims are hereby **DISMISSED** pursuant to FED. R. CIV. P. 41(b). The clerk of court is directed to close this matter and deny as moot any pending motions.

**THIS IS A FINAL JUDGMENT**.

SIGNED at Beaumont, Texas, this 21st day of October, 2026.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE